```
                   UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLUMBIA
_____
                              )
SHANE BAUER,                  )
                              )
            Plaintiff,        )
                              )
            v.                ) Civil Action No. 14-0830 (CRC)
                              )
DEPARTMENT OF HOMELAND,       )
SECURITY, et al.,             )
                              )
            Defendants.       )
_____)
```

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME**

Pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, defendants respectfully request an extension of time of the briefing schedule entered in this case by Minute Order dated July 28, 2014, to the proposed revised schedule set forth below. Plaintiff's counsel has consented to the relief sought by this motion.

This is a Freedom of Information Act (FOIA) case, in which plaintiff challenges defendants' responses to certain FOIA requests, seeking information about a third party, that plaintiff submitted to eight (8) different agencies in January 2014. Defendants are still in the process of completing their responses to plaintiff's FOIA requests. This includes the need for certain agencies to address referrals from one another and coordinate responses involving documents shared between agencies.

As explained in defendants' Consent Motion to Set Briefing Schedule, filed July 25, 2014, in the interest of efficiency, defendants currently anticipate filing a single motion for summary judgment in response to all of plaintiff's claims in this case. Accordingly, in order to allow for all agencies to complete their responses to plaintiff, prepare the necessary Vaughn declarations to accompany a dispositive motion, and to allow defense counsel to draft that motion, defendants request that the following revised briefing schedule be entered in this case:

(1)  on or before January 15, 2015, Defendants' Motion for Summary Judgment will be due; and

(2)  on or before February 18, 2015, Plaintiff's Opposition and Cross Motion for Summary Judgment will be due; and

(3)  on or before March 18, 2015, Defendants' Reply and Opposition will be due; and

(4)  on or before April 8, 2015, Plaintiff's Reply will be due.

Accordingly, defendants respectfully request that the proposed schedule be adopted for further proceedings in this action.  A proposed order is attached.

                        Respectfully submitted,

                        RONALD C. MACHEN JR. D.C. BAR # 447889
                        United States Attorney

                        DANIEL F. VAN HORN, D.C. BAR # 924092
                        Chief, Civil Division

       */Marina Utgoff Braswell/*
MARINA UTGOFF BRASWELL, D.C. BAR #416587
Assistant United States Attorney
U.S. Attorney's Office, Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2561
marina.braswell@usdoj.gov

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                              )
SHANE BAUER,                  )
                              )
            Plaintiff,        )
                              )
       v.                     ) Civil Action No. 14-0830 (CRC)
                              )
DEPARTMENT OF HOMELAND,       )
SECURITY, et al.,             )
                              )
            Defendants.       )
_____)

**ORDER**

Upon consideration of Defendants' Unopposed Motion for Extension of Time, and the entire record in this case, and it appearing to the Court that the motion should be granted for good cause shown, it is hereby

ORDERED that Defendants' Unopposed Motion is granted; and it is further

ORDERED that the following revised briefing schedule will be entered in this case:

(1)  on or before January 15, 2015, Defendants' Motion for Summary Judgment will be due; and

(2)  on or before February 18, 2015, Plaintiff's Opposition and Cross Motion for Summary Judgment will be due; and

(3)  on or before March 18, 2015, Defendants' Reply and Opposition will be due; and

(4)   on or before April 8, 2015, Plaintiff's Reply will be due.


_____
UNITED STATES DISTRICT JUDGE