**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                )
SHANE BAUER,                    )
                                )
            Plaintiff,          )
                                )
            v.                  ) Civil Action No. 14-0830 (CRC)
                                )
DEPARTMENT OF HOMELAND,         )
SECURITY, <u>et al.</u>,        )
                                )
            Defendants.         )
_____)

## <u>DEFENDANTS' UNOPPOSED MOTION FOR FURTHER EXTENSION OF TIME</u>

Pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, defendants respectfully request a further extension of time of the briefing schedule entered in this case, to the proposed revised schedule set forth below.  Plaintiff's counsel has consented to the relief sought by this motion.

This is a Freedom of Information Act (FOIA) case, in which plaintiff challenges defendants' responses to certain FOIA requests, seeking information about a third party, that plaintiff submitted to eight (8) different agencies in January 2014.  Although the defendants have completed their responses to plaintiff's FOIA requests, the <u>Vaughn</u> declarations that are needed to accompany a dispositive motion are still being finalized.  This is a complicated process involving the need for significant coordination between the agencies.  Lead defense counsel's ability to help coordinate this

has been hampered by her need to recently complete a Court of Appeals'
brief that ended up being over fifty-four pages and took longer than
expected to complete.   She also has a complex case in mediation that
developed unexpected problems that required a major time commitment,
as well having to deal with trial-related issues regarding two
upcoming trials.   Additionally, defense counsel has had to be out
of the office on occasion recently due to illness.

Consequently, in order to allow for all agencies to finish their
preparation of the necessary Vaughn declarations to accompany what
will be a complicated dispositive motion, and to allow defense
counsel to draft that motion, defendants request that the following
revised briefing schedule be entered in this case:

(1)  on or before March 31, 2015, Defendants' Motion for Summary
Judgment will be due; and

(2)  on or before April 28, 2015, Plaintiff's Opposition and
Cross Motion for Summary Judgment will be due; and

(3)  on or before May 29, 2015, Defendants' Reply and Opposition
will be due; and

(4)  on or before June 19, 2015, Plaintiff's Reply will be due.

Accordingly, defendants respectfully request that the proposed
schedule be adopted for further proceedings in this action.   A

proposed order is attached.

Respectfully submitted,

RONALD C. MACHEN JR. D.C. BAR # 447889
United States Attorney

DANIEL F. VAN HORN, D.C. BAR # 924092
Chief, Civil Division

*/Marina Utgoff Braswell/*
MARINA UTGOFF BRASWELL, D.C. BAR #416587
Assistant United States Attorney
U.S. Attorney's Office, Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2561
marina.braswell@usdoj.gov

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

```
_____
                               )
SHANE BAUER,                   )
                               )
              Plaintiff,       )
                               )
              v.               ) Civil Action No. 14-0830 (CRC)
                               )
DEPARTMENT OF HOMELAND,        )
SECURITY, et al.,              )
                               )
              Defendants.      )
_____)
```

**ORDER**

Upon consideration of Defendants' Unopposed Motion for Extension of Time, and the entire record in this case, and it appearing to the Court that the motion should be granted for good cause shown, it is hereby

ORDERED that Defendants' Unopposed Motion is granted; and it is further

ORDERED that the following revised briefing schedule will be entered in this case:

(1)  on or before March 31, 2015, Defendants' Motion for Summary Judgment will be due; and

(2)  on or before April 28, 2015, Plaintiff's Opposition and Cross Motion for Summary Judgment will be due; and

(3)  on or before May 29, 2015, Defendants' Reply and Opposition will be due; and

(4)   on or before June 19, 2015, Plaintiff's Reply will be due.


_____
UNITED STATES DISTRICT JUDGE